**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-02806-LTB

AMILMARIE CORREA,

       Plaintiff,

v.

COBURN INVESTIGATIVE AGENCY, INC.,

       Defendant.
_____

**ORDER OF RECUSAL**
_____

Upon review of the file and filing of Defendant's Motion to Dismiss, the undersigned Judge hereby recuses himself because a member of Defendant's law firm is a family relative, and therefore directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   December 2, 2013